UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 3:CR-12- |
| VS. | : | |
| | : | |
| LIBBY STEGNER, | : | |
| Defendant | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count 1

Beginning in or about January 2005, and continuing through on or about December, 2010,

in Luzerne County, within the Middle District of Pennsylvania, the Defendant,

**LIBBY STEGNER,**

while a person employed by IBEW Local 1319, a labor organization engaged in an industry affecting

commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use the

monies, funds and other assets of said labor organization in the approximate amount of $41,861.

In violation of Title 29, United States Code, Section 501(c).

Date: 5-16-12

_Peter J. Smith_
PETER J. SMITH
United States Attorney